JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRENEDIR SAIR MALDONADO NIETO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER,<br><br>Respondent. | Case No. 5:26-cv-05961-SB-CTS<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order conditionally granting the habeas petition, the government is enjoined from continuing to detain Petitioner Frenedir Sair Maldonado Nieto, A 245-044-107, unless he is provided with an individualized bond hearing no later than October 23, 2026.

This is a final judgment.

Date: October 16, 2026

Stanley Blumenfeld, Jr.
United States District Judge